No. 79-1388. KIRCHBERG *v.* FEENSTRA ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 446 U. S. 917.] Motion of NOW Legal Defense and Education Fund et al. for leave to file a brief as *amici curiae* granted.

No. 79-1538. ANDRUS, SECRETARY OF THE INTERIOR *v.* VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL.; and

No. 79-1596. VIRGINIA SURFACE MINING & RECLAMATION ASSN., INC., ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR. D. C. W. D. Va. [Probable jurisdiction noted, *ante,* p. 817.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 80-5116. JENKINS *v.* BREWER. C. A. 7th Cir. [Certiorari granted, *ante,* p. 981.] Motion of petitioner for appointment of counsel granted, and it is ordered that John Seelig Elson, Esquire, of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.

No. 80-5385. IN RE WILLIAMS. Petition for writ of habeas corpus denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would vacate the death sentence in this case.

No. 79-1517. FEDERATED DEPARTMENT STORES, INC., ET AL. *v.* MOITIE ET AL. C. A. 9th Cir. Certiorari granted.

No. 80-348. H. A. ARTISTS & ASSOCIATES, INC., ET AL. *v.* ACTORS' EQUITY ASSN. ET AL. C. A. 2d Cir. Certiorari granted.